DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WATTS v. BRYANT

No. 583P90

Case below: 100 N.C.App. 600

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 February 1991.

WILKINS v. J. P. STEVENS & CO.

No. 16PA91

Case below: 100 N.C.App. 742

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 February 1991.

WORLEY v. CITY OF ASHEVILLE

No. 576P90

Case below: 100 N.C.App. 596

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 February 1991.

WRIGHTSVILLE WINDS HOMEOWNERS' ASSN. v. MILLER

No. 604P90

Case below: 100 N.C.App. 531

Petition by defendant (Douglas E. Miller) for discretionary review pursuant to G.S. 7A-31 denied 7 February 1991.


PETITION TO REHEAR

KIRBY BUILDING SYSTEMS v. McNIEL

No. 222PA89

Case below: 327 N.C. 234

Petition by third-party defendants (James O. Morton, Jr. and Rebecca P. Morton) to rehear pursuant to Rule 31 denied 7 February 1991.